**Kenneth SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33596.**

Missouri Court of Appeals,
Western District.

Jan. 18, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 1, 1983.

Edward B. Rucker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

PER CURIAM:

ORDER

Appeal from denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).